

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401
www.SBAGK.com

Alexander Shiryak
Dustin Bowman
Mark Anderson
Navpreet Gill
Alexander Kadochnikov

Btzalel Hirschhorn
Matthew Routh
Andreas E. Christou
Nicholas Neocleous

January 6, 2020

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE: Bankruptcy Case # 1-19-45676-nhl, Debtor Edward Millington**

Dear Judge Lord,

This letter is to update the Court on the status of the loss mitigation for the above referenced matter. Pursuant to the Court's December 20, 2019 loss mitigation order, Creditor BG Apartments LLC was to contact the Debtor and furnish loss mitigation information by January 3, 2020.

A copy of the order was served on the Creditor both by the Court and by this office on approximately December 23, 2019.

To date, no representative or attorney of Creditor BG Apartments LLC has contacted the undersigned. A copy of this letter is being mailed to the Creditor by certified mail, return receipt, in hope of receiving a response regarding the loss mitigation program.

Should you have any questions, please do not hesitate to contact me by email at bhirscchorn@sbagk.com or by phone. Thank you.

Sincerely,

*/s/ Btzalel Hirschhorn*
Btzalel Hirschhorn, Esq.
*Attorney for Debtor*

*CC via Certified Mail, Return Receipt Tracking# 70191120000205150729*
BG Apartments LLC
40-14 72nd Street, Suite B
Woodside, NY 11377

*CC via ECF:*
Chapter 7 Trustee Lori Lapin Jones, Esq.
Office of the United States Trustee